MATTHEW A. CAPOZZIELLO *v.* COMMISSIONER OF
MOTOR VEHICLES
(AC 18621)

Lavery, Schaller and Sullivan, Js.

Submitted on briefs April 1—officially released May 4, 1999

Per Curiam. The judgment is affirmed.

JOHN MIKOS *v.* LISA TINARI
(AC 18573)

Lavery, Schaller and Sullivan, Js.

Submitted on briefs April 1—officially released May 4, 1999

Per Curiam. The judgment is affirmed.